Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for defendant JAIME BARRERA OREGEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME BARRERA OREGEL,<br><br>Defendant. | Case No. **CR 12-00582 YGR**<br><br>**STIPULATION AND ORDER RE-SETTING BAIL REVIEW HEARING FOR DEFENDANT JAIME BARRERA OREGEL** |

On Tuesday, December 11, 2012, a review of defendant Jaime Barrera Oregel's bail status came on for hearing in this Court. The United States was represented by Randall Luskey, Assistant United States Attorney and Jaime Barrera Oregel was represented by Mary McNamara. United States Pretrial Officer Kenneth J. Gibson appeared for the United States Pretrial Officer and presented information concerning violations of Mr. Oregel's bail conditions. After hearing the presentations of the Mr. Gibson and the parties, the Court ORDERD Mr. Oregel to be remanded into the custody

US v. Oregel
CR 12-00582 YGR
Stip and Order Re-set Bail Review Hrg.

1

of the United States Marshals, pending his admission to a residential drug treatment program.  The Court set January 3, 2013 as the date for Mr. Oregel's next appearance on the bail matter, for review of the status of his acceptance to the residential drug treatment program.  The Court indicated however, that if the parties were available before January 3, 2013, the Court would entertain holding said hearing during the week of December 24, 2012.

The parties have met and conferred and have conferred with United States Pretrial Officer Gibson.  Each of the parties and Mr. Gibson (or a representative from his office) is available for an appearance before the Court on December 28, 2012 at 9:30 a.m., and request that the January 3, 2013 hearing be vacated in favor of a hearing on December 28, 2012.  It is expected that by December 28, 2012, the residential drug treatment program will be in a position to, through Mr. Gibson's office, provide the necessary information as to the status of Mr. Oregel's acceptance as a participant.  Accordingly the parties stipulate as follows:

1. The bail review hearing currently scheduled for January 3, 2012 is hereby vacated;
2. In its stead, the Court will hear the status of Jaime Barrera Oregel's acceptance into the residential drug treatment program on December 28, 2012 at 9:30 a.m.

IT IS SO STIPULATED

_____/s/_____
Randall Luskey
Assistant United States Attorney


_____/s/_____
Mary McNamara
Attorney for Jaime Barrera Oregel

US v. Oregel
CR 12-00582 YGR
Stip and Order Re-set Bail Review Hrg.

1      IT IS SO ORDERED.

2 Dated: December 19, 2012



DONNA M. RYU
United States Magistrate Judge

US v. Oregel
CR 12-00582 YGR
Stip and Order Re-set Bail Review Hrg.

3