Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for defendant JAIME BARRERA OREGEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAIME BARERRA OREGEL , et al.,<br><br>    Defendants. | Case No. CR 12-00582 YGR (DMR)<br><br>**STIPULATION AND ORDER TO VACATE FEBRUARY 26, 2013 HEARING DATE** |

For the reasons set forth below, the parties and the Probation Office respectfully request that the bail review hearing in this matter currently scheduled for February 26, 2013 at 9:30 a.m. be vacated. Defendant Jaime Barerra Oregel, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Randall Luskey, hereby stipulate and agree as follows:

1) On December 28, 2012, the parties appeared before the Court for a bail review hearing. At that hearing, the Court ordered Mr. Oregel released from custody, and it ordered Mr. Oregel to report to Turning Point Rehabilitation Center in Santa Rosa, California.

2) On December 28, 2012, the Court set a status appearance for February 26, 2013 at 9:30 a.m. to review Mr. Oregel's progress in the Turning Point program.

3) Mr. Oregel is currently scheduled to be sentenced by the Honorable Yvonne G. Rogers on March 21, 2013 at 2:00 p.m.

4) Mr. Oregel's counselor at Turning Point, Mathew Spetz, has submitted periodic status reports to the Probation Office regarding Mr. Oregel's progress. Mr. Spetz's reports indicate that Mr. Oregel has participated in all treatment and rehabilitation activities as scheduled, has produced only negative urinalysis tests, and has not experienced any setbacks since entering the program. In short, Mr. Spetz reports that Mt. Oregel has succeeded in his rehabilitation efforts since being released to Turning Point. Mr. Spetz has provided similar verbal reports to Mr. Oregel's counsel.

5) In light of the progress made by Mr. Oregel at Turning Point, and given that transporting Mr. Oregel to his court appearance would be a burden for the Turning Point staff, the parties respectfully request that the Court vacate the bail review hearing currently set for February 26, 2013.

6) In addition, AUSA Randall Luskey is scheduled to be in trial on February 26, 2013 and will not be available to attend the bail review hearing.

7) The parties further submit that a further bail review hearing date is unnecessary in this matter given that Mr. Oregel is scheduled to be sentenced by the Honorable Yvonne G. Rogers on March 21, 2013.

8) Pre-Trial Services Officer, Kenneth J. Gibson, has no objection to the relief requested in this submission.

9) The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore request that time be excluded until March 21, 2013 pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: February 25, 2013        /s /
                                Mary McNamara
                                SWANSON & McNAMARA LLP
                                Attorneys for defendant JAIME BARERRA OREGEL

Dated: February 25, 2013        /s /
                                Randall Luskey
                                Assistant United States Attorney

/ / /

/ / /

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing currently set for February 26, 2013 at 9:30 a.m. is vacated. The next appearance by the parties will be before the Honorable Yvonne G. Rodgers on March 21, 2013 at 2:00 p.m. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore orders that time is excluded pursuant to 18 U.S.C. § 3161(h)(7) until March 21, 2013.

IT IS SO ORDERED.

Dated: 2/25/2013

Hon. Donna M. Ryu
United States Magistrate Court Judge

*[GRANTED stamp — Judge Donna M. Ryu, United States District Court, Northern District of California]*